UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------
LIFEDOME CINEMA MINISTRIES, ETHNIC
99 CENTS DISCOUNT STORES, INC. and
ZIAD NASSRADIN,

                      Plaintiffs,

-against-

CHURCH LOANS AND INVESTMENTS
TRUST,
                      Defendant.
-------------------------------------------------------------

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/06
```

Civ. No. 06-CV-8288

### ORDER VACATING NOTICE OF PENDENCY

Upon the motion of Church Loans and Investments Trust for an order pursuant to NY CPLR section 6514: (a) vacating the Notice of Pendency previously filed by Plaintiffs on July 20, 2006 against certain real property located in Bronx County, New York, and known as Section 17, Block 4837 Lots 43, 44 and 51, said parcels alternatively being known as 3934-3940 White Plains Road, Bronx, New York; 3941/2 - 50 White Plains Road Bronx, New York; 3942-3950 White Plains Road, Bronx, New York, and 700 East 224th Street Bronx, New York, in connection with an action commenced in The Supreme Court of the State of New York, Bronx County, captioned Lifedome Cinema Ministries, et. al. v. Church Loans and Investments Trust, and bearing Index No. 17765/06; (b) enjoining Plaintiffs in this action from filing any further Notices of Pendency against the above described property; and (c) assessing costs against Plaintiffs; and Plaintiffs Ziad Nassradin and Ethnic 99 Cents Discount Stores, Inc. having opposed Defendant's motion, and a hearing having been held on November 14,

2006, and all parties having appeared by their respective counsel, and due deliberation having been had thereon, it is

ORDERED, that the aforesaid Notice of Pendency be and hereby is cancelled and vacated; and it is further

ORDERED, that the Clerk of Bronx County is hereby directed to cancel, vacate and void the Notice of Pendency filed on July 20, 2006 against the known as known as Section 17, Block 4837 Lots 43, 44 and 51, said parcels alternatively being known as 3934-3940 White Plains Road, Bronx, New York; 3941/2 - 50 White Plains Road Bronx, New York; 3942-3950 White Plains Road, Bronx, New York, and 700 East 224th Street Bronx, New York; and it is further

ORDERED, that Defendant's request for injunctive relief is denied; and it is further

ORDERED, upon application being made, Defendant shall recover from Plaintiffs Ziad Nassradin and Ethnic 99 Cents Discount Stores, Inc. its costs incurred in connection with the present motion in such amount as shall be determined by the Court.

Dated: New York, New York
November /5, 2006

United States District Judge